Decided May 16, 2001

## JOSEPH R. HOLT ET AL. *v.* PEOPLE'S BANK

The plaintiffs' petition for certification for appeal from the Appellate Court, 62 Conn. App. 561 (AC 19976), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Brenden P. Leydon*, in support of the petition.

*Thomas R. Gerarde*, in opposition.

Decided May 16, 2001